IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VALLEAN HARE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 3:14-cv-00153 |
| | ) | JURY DEMAND |
| STATE FARM FIRE & CASUALTY COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and agreed that all claims asserted in this cause by Plaintiff Vallean Hare against Defendant State Farm Fire & Casualty Company are hereby dismissed without prejudice.

Respectfully submitted,

/s/ Colin B. Calhoun
Colin B. Calhoun, BPR No. 27131
Sobel, Poss & Moore
201 Fourth Avenue North, Suite 1450
Nashville, Tennessee 37219
Telephone: (615) 242-4477
Telecopier: (615) 242-4475
colincalhoun@spmlawfirm.com
*Counsel for Plaintiff*

/s/ Russell E. Reviere[1]
Russell E. Reviere, BPR No. 7166
Rainey, Kizer, Reviere & Bell, P.L.C.
209 East Main Street
Post Office Box 1147
Jackson, Tennessee 38302-1147
Telephone: (731) 423-2414
Telecopier: (731) 426-8150
rreviere@raineykizer.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Stipulation of Voluntary Dismissal Without Prejudice has been submitted by electronic means through the Court's ECF System to the following:

> Russell E. Reviere, Esq.
> Rainey, Kizer, Reviere & Bell, P.L.C.
> 209 East Main Street
> Post Office Box 1147
> Jackson, Tennessee 38302-1147
> rreviere@raineykizer.com

On this the 17th of October, 2015.

/s/ Colin B. Calhoun
Colin B. Calhoun

---

[1] Signed by Colin B. Calhoun with express permission.