| | |
|---|---|
| VALLEAN HARE )<br>        Plaintiff )<br> ) <br>v. ) <br> ) <br> ) <br> ) <br> ) <br>STATE FARM FIRE & CASUALTY )<br>COMPANY )<br> ) <br> ) <br> ) <br>        Defendants. ) | NO. 3:14-0153<br><br>JUDGE CAMPBELL |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/19/15.

                                    KEITH THROCKMORTON, CLERK
                                    s/Althea F. Straughter, Deputy Clerk